## SENTENCE DATA SHEET

**DEFENDANT:**   Ronald Allen Grecula, Sr.

**CRIMINAL NO:** H-05-257-S

**GUILTY PLEA:** Count One

**SUBSTANCE OF PLEA AGREEMENT:**   Pursuant to Rule 11(c)(1)(C) - Defendant pleads guilty to Count One of the Superseding Indictment:

1.   The defendant agrees to waive his right to appeal his conviction and sentence, directly or collaterally;

2.   The government and defendant have agreed to a sentence of sixty (60) months confinement.

3.   The government will dismiss Count Two at the time of sentencing.

**COUNT 1:**   18 U.S.C. § 2339B Attempted Material Support to a Foreign Terrorist Organization

**ELEMENTS:**

First:  That the defendant did knowingly attempt to provide material support or resources to a foreign terrorist organization;

Second:  That the defendant intended to commit the underlying offense; and

Third:  That the defendant took a substantial step beyond mere preparation toward committing the crime.

**PENALTY:**   Count One – Imprisonment for up to fifteen (15) years; and/or a fine up to $250,000.

**SENTENCING**
**GUIDELINES:** Applicable

**SUPERVISED**
**RELEASE:** Count One– up to three (3) years supervised release.
(18 U.S.C. 3583)

**SPECIAL**
**ASSESSMENT:** $100 per count of conviction

**IMMIGRATION**
**STATUS:** U.S. citizen

**ATTACHMENT:** Factual Basis

## Factual Basis for Guilty Plea

**Defendant is pleading guilty because he is guilty of the charge contained in Count One of the Superseding Indictment**. If this case were to proceed to trial, the United States could prove all of the following facts beyond a reasonable doubt:

On May 11, 2005, the CS, under the supervision of the FBI, placed two recorded phone calls to Grecula during which they discussed building an explosive device for the potential "clients".

On May 15, 2005, FBI undercover agent ("UCA") placed a recorded phone call to Grecula during which they discussed Grecula's dislike for America and the UCA's clients dislike for America.

On May 15, 2005, Grecula spoke to Roger Gordon at a flea market in Pennsylvania and inquired about obtaining a "white light laser." Subsequently, Grecula stated to the UCA that a laser could be used as a detonation device.

On May 20, 2005, Grecula traveled from Pennsylvania to Houston, Texas for face-to-face meeting with the UCA and another law enforcement officer purporting to be the "Al-Qaeda" client.

Al-Qaeda is a designated Foreign Terrorist Organization by the United States government.

On May 20, 2005, Grecula met with the UCA and brought with him a briefcase containing the material related to his ability to build an explosive device, his passport, and his expired pilot's license.

On May 20, 2005, Grecula met with the purported "Al-Qaeda" operative and stated his willingness to help them "kill a bunch of Americans."

On or about May 20, 2005, Grecula traveled with the UCA to a hardware store to view supplies that could be used to build an explosive device.

On May 20, 2005, Grecula and the UCA continued their discussions over lunch, where Grecula identified targets in Washington, D.C. and New York for Al-Qaeda.

On May 20, 2005, Grecula said that he could train pilots for Al-Qaeda by teaching ground school, after the UCA stated that flight schools were being watched after the "World Trade."