# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

FEB - 9 2007

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. H-05-257-S |
| RONALD ALLEN GRECULA, SR. | § § § | |

## UNITED STATES'
## MOTION TO DISMISS SUPERSEDING INDICTMENT

TO THE HONORABLE KEITH P. ELLISON:

The United States of America, by and through Donald J. DeGabrielle, Jr., United States Attorney in and for the Southern District of Texas, and Jeff Vaden, Assistant United States Attorney, and moves to dismiss Count Two of the Superseding Indictment.

Respectfully Submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____

Jeff Vaden
Assistant United States Attorney
Federal ID# 31400
910 Travis, Suite 1500
Houston, Texas 77002
Telephone: (713) 567-9340
Telecopier: (713) 718-3390