# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. H-05-257-S |
| RONALD ALLEN GRECULA, SR. | § | |
| | § | |

## ORDER

The Government's Motion to Dismiss for the above named defendant and the Order in the above numbered cause, it is hereby

**ORDERED** that the Government's motion is **GRANTED/DENIED**.

**IT IS FURTHER ORDERED** that Count Two of the Superseding Indictment is dismissed.

SIGNED in Houston, Texas, on this the 9th day of February 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE