UNITED STATES DISTRICT COURT

SOUTHERN DISRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXA
FILED

FEB 21 2007

MICHAEL N. MILBY, CLERK OF COURT

January 17, 2007

THE UNITED STATES OF AMERICA

Vs      RONALD ALLEN GRECULA®

CASE Cr. No. H-05-257

NOTICE:     AFFIDAVID OF DENIAL OF CORPORATE EXISTENCE

TO THE HONORABLE KEITH ELLISON:

I RONALD ALLEN GRECULA® Debtor / Ronald Allen Grecula: creditor / sovereign party Hereinafter I, a living, breathing man, declare in writing that the following facts are true to the best of my knowledge and belief.

I hereby deny that the following corporations exist: RONALD ALLEN GRECULA, UNITED STATES, UNITED STATES OF AMERICA, SECRET SERVICE, HOME LAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, ALL UNITED STATES DISTRICT COURTS, FEDERAL CASE Cr. No. H-05-257, JEFF VADEN d.b.a. ASSISTANT UNITED STATES ATTORNEY, LISA BALDWIN d.b.a. FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DRUG INFORCEMENT AGENCY, ALL BAR ASSOCIATION,... and ALL OTHER CORPORATE MEMBERS OR PLAINTIFFS, WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL AND PERSONAL BODY, are defacto fictions and I deny that they exist.

Without Prejudice,
(UCC 1-207, UCC 1-103)
Submitted By:
Ronald Allen Grecula
attorney-in-fact
Submitted in behalf of:
RONALD ALLEN GRECULA ENS LEGIS

AKNOWLEDGEMENTS:

Subscribed to and Sworn before me this day 17TH of JANUARY A.D. 2007 a Notery, that the forgoing documents were presented before me for Notarization,

_____ (SEAL),

Notary Public to and for the state of TEXAS,

My commission expires on 10-13-2010.

DOUGLAS E. ROBERTSON
MY COMMISSION EXPIRES
October 13, 2010

CC: The Clerk of The Court and Attorney E. Mallett.

Certification No. 7005 1820 0002 2651 5119 Sent 2-5-07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRIC OF TEXAS

HOUSTON DIVISION

UNITED STATES OF AMERICA

VS

RONALD ALLEN GRECULA

CASE Cr. No. H-05-257

Ronald A. Grecula #61296-053

Federal Detention Center

P O Box 526255

Houston, TX 77052

TO THE CLERK OF THE COURT!

Dear Sir:

On or about the 5th of February, 2007, your office was mailed a certified letter of two (2) pages. One was the cover letter to the Clerk, and the second page was an "Affidavit of Denial Of Corporate Existance". The certification No. is 7005 1820 0002 2681 5119, and I have not received the postal service Form 3811, with "received signature" as of yet.

The Clerk was asked to enter the affidavit-notice into the public record, and then to make date stamped copies, and to return-mail in the enclosed self addressed envelope. I am enclosing a valid copy of said affidavit for your identication, and if necessary for filing if the original did not get through due to misspelling of "corporate"... Thank you,

Sincerely,

Without Prejudice,

UCC 1-207, UCC 1-103

February 19, 2007

This letter is sent by first class mail to the U.S.D.C.

Ronald A. Grecula C1296 C53
Federal Detention Center
P.O. Box 526255
Houston, TX 77052

LEGAL MAIL

The CLERK of the Court
United States District Court
Southern District Court
P.O. Box 61010
Houston, TX 77008

Attention: Michael Milby

HOUSTON TX 772

20 FEB 2007  PM 1 T

USA 39

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 2 1 2007

MICHAEL N. MILBY, CLERK OF COURT

LEGAL MAIL

77208+1010 B001