United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

FEB 2 7 2007

Michael N. Milby, Clerk of Court

January 17, 2007

THE UNITED STATES OF AMERICA

CASE Cr. No. H-05-257

Vs    RONALD ALLEN GRECULA®

NOTICE:   AFFIDAVIT OF DENIAL OF COPERATE EXISTENCE

TO THE CLERK OF THE COURT:

I RONALD ALLEN GRECULA®: Debtor / Ronald Allen Grecula: creditor / sovereign party Hereinafter I, a living, breathing man, declare in writing that the following facts are true to the best of my knowledge and belief.

I hereby deny that the following corporations exist: RONALD ALLEN GRECULA, UNITED STATES, UNITED STATES OF AMERICA, SECRET SERVICE, HOME LAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, ALL UNITED STATES DISTRICT COURTS, FEDERAL CASE Cr. No. H-05-257, JEFF VADEN d.b.a. ASSISTANT UNITED STATES ATTORNEY, LISA BALDWIN d.b.a. FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DRUG INFORCEMENT AGENCY, ALL BAR ASSOCIATION, ... and ALL OTHER CORPORATE MEMBERS OR PLAINTIFFS, WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL AND PERSONAL BODY, are defacto fictions and I deny that they exist....,

Without Prejudice,
(UCC 1-207, UCC 1-103)
Submitted By:

Ronald Allen Grecula
attorney-in-fact
Submitted in behalf of:
RONALD ALLEN GRECULA ENS LEGIS

AKNOWLEDGEMENTS:

Subscribed to and Sworn before me this day 17TH of JANUARY A.D. 2007 a Notery, that the forgoing documents were presented before me for Notarization,

_____ (SEAL),

Notary Public to and for the state of TEXAS ,

My commission expires on 10-13-2010 .

DOUGLAS E. ROBERTSON
MY COMMISSION EXPIRES
October 13, 2010

CC: Judge Keith ELLISON and Attorney Mallett.

Certification Nc 7005 1820 0002 2681 5119

United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

FEB 2 7 2007

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA

Vs

RONALD ALLEN GRECULA®

CASE Cr. No H-05-257

Ronald Allen Grecula #61296-053

Federal Detention Center

P. O. Box 526255

Houston, TX 77052

TO THE CLERK OF THE COURT:

Dear Sir:

Would you please enter the enclosed (1) one Affidavits into the Public Record for Case Cr. No H-05-a., of Ronald Allen Grecula, and notify the Judge, Honorable Keith Ellison with copies for his office.

In addition, would you please make stamped and dated copies of said Affidavids, and return-mail them in the enclosed envelope, and also enclude a copy of this page... Thank you,

Sincerely,

Without Prejudice,

UCC 1-207, UCC 1-103,

Ronald Allen Grecula

February 3rd 2007

Enc 3

TO: The CLERK of the Court
UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TE
P.O. Box 61010
Houston, TX
Attention: Michael Milby

Ronald Allen Grecula
Reg No. 61296053
Federal Detention Center
P.O. Box 526255
Houston, TX 77052

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 27 2007

MICHAEL N. MILBY, CLERK OF COURT