United States Courts
Southern District of Texas
FILED

FEB 2 7 2007

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON TEXAS

THE UNITED STATES OF AMERICA

Vs RONALD ALLEN GRECULA®

PAGE ONE OF (16)

CASE: Cr. No. H-05-257

February 6, 2007

NOTICE

AFFIDAVIT OF NON COMPOS MENTIS EX-PARTA

TO THE HONORABLE KEITH ELLISON:

Due to previous inequity of Councel/client congruity causing an information short fall, I Ronald Allen Grecula, Sovereign Party, declare in statement that the following information is farwarded to aid the Court to further its cognizance of the relevance, of my psychodynamics as viewed independently, and as being of fact and are true to the best of my knowledge and belief.

It is also believed, that certain information was kept from the Court, subsequently the following sixteen pages are a portrail defacto of the character of one Ronald Allen Grecula as seen from "his-side". It is ment to depict actual and pratical real-world events, and a specific description of how 'ones' personality is affected by outside events, that wittingly and unwittingly come under his supervison and or operations of endeavour,... (SEE THIS 16 PAGE DOCUMENT).

Without Prejudice, UCC 1-207, UCC 1-103,

Ronald Allen Grecula

AKNOWLEDGEMENTS:

Subscribed to and Sworn before me this

6TH day of FEBRUARY A.D. 2007 a Notary, that the above

and the following documents were presented before me for Notarization,

_____ (SEAL),

Notary Public to and for the State of TEXAS.

My commission expires on 10-13-2010

CERTIFIED MAIL # 7005 1820 0002 2667 5614



DOUGLAS E. ROBERTSON
MY COMMISSION EXPIRES
October 13, 2010

End of Page ONE of (16)

①

AFFIDAVIT OF INFERIORITY and RETARDATION          PAGE TWO OF (16)

THE PSYCHODYNAMICS OF ONE Ronald Allen Grecula:

Toward daily requirements and situations..."one" has a constitutional pre-disposition that causes unintended circumstances that are often detrimental to his own performance as a person. This diathesis is caused by an acute inability to attain full awareness or understanding of on-going-real-time-circumstances. This is a condition of "delayed-perceivability". Because the full sense of what has happened only becomes perceived days or weeks later, depending upon the significance and relative affect as to its unfimiliarility, unusuality and speed of happening.

Sometimes this 'delayed-perceivability' causes incorrect reactions and conduct at the moment of circumstances as its happening. The inability to fully understand is always delayed untill post meditative recall. The psychometrics of delayed-preceivability, often cause foolishly impractical actions and pursuits of ideals marked by rash lofty romantic ideas or ex-extravagantly chivalrous action to the point of capriciousness. This quixotic state can vary quickly lead 'one' into a self incriminating and blathering sequence of actions and statements that appear to be reprehensible and even evil. But such is not true or real, as these quixotic actions are upon fair evaluation nonsequitur, and have no relevancy to anything detrimental or evil.

There are no previous activities of any sort that show the "subject" had any prerequisite to doo anything wrong under any and all circumstances. The psycho-genises of R.G. uncompelled behavior, is symptomatic with emotional inferiority, and retardation from possible brain damage as caused by a serious auto accident that took place on April 2004 wherein the subject received head injuries, and has been undergoing post concussion cognitive therapy since 4-19-04, on an on and off bases. He also has been experiencing whole-memory-drop-outs for months at a time that resemble the symptoms of Alzheimers. No psychiatrist or medical physicians who has known Mr. Grecula over the past 22 months has considered the above described psychometric short-fall, as the cause of his occasional social misconduct.

②

CONTINUED... AFFIDAVIT OF INFERIORITY and RETARDATION

That is, misconduct while disposed for doing good, in that he was organized for the purpose of doing good, but due to the entering of unexpeded stimuli, Mr. Grecula's psychometrics of slow perceivability induces a dementia-of-understanding toward the circumstances at hand, sometimes appearing to deliberatly break the law, and at best he reacts to his surroundings unwittingly, while in a state of benevolence. Yes, benevolence that become clouded in a responce of both ambivlence and various ambiguities that are meaningless.

In other words, his thinking process cannot keep up with real-world happenings and especially when under duress, the result produces unintended circumstances. of which, "others" could be held accountable for, as "they" were the stimulus, causing the so-called "social-misconduct", that hurt no one. Obvious extenuating circumstances surrounding the conduct of R.G. on 5-20-05 when arrested, were governmental enforced procedures that are done all the time. Now, after the fact, R.G.'s psychodynamics understands these government procedures as being staged complexity intricacy, to cause compulsion and victimizatizion. Or, induced designation-of-guilt, and this compound by the media, and judical systems enfolding entangling involvement, creates a defence requirement.

Becoming a victim is of easy coercion with R.G.'s personality-complex, thereby creating an unintentional "Rebel", even though having a "good-cause". As Emile Dickenson said in one of her poems: "Demur"... and your straight away handeled with a chain"! Mr. Grecula is aware of the majority of geo-politically-correct intellectual-fathoms that are believed by the general populace these days, and at the risk of seeming narcissistic, he simply treats political and social fads as rhetoric and nonsequitur-science. He has not inculcated the insanities of this world into his own struggle against insanity. But the government has incorrectly diagnosed him as "GUILTY",... turning him into a "Homeland-Security-Victim", as they pretend and impose false-security on the unsuspecting public. "Without Prejudice", he fends-off the courts and the life styles of the recalcitrant who have prospered from his inferiorty and unusual retardation. But through it all, he claims his right to be free from a sick-aggregate-generation of Keepers!

③

CONTINUED ... AFFIDAVIT OF INFERIORTY and RETARDATION

THE ABSTRACT OF BEING STUPID AND SMART, all at the same time, has plagued Mr. Grecula all his life. Often his conduct in matters is a concentration of a larger thing, that is disassociated from any specific instance. Subsequently, he is screwing up at the moment, but does not know it untill later-on. This is the "delayed-perceivability routine, where initial precepts are always wrong (except when its a known proceedure), but he always "gets-it" later-on, and in fact, often better preception then the average.

In the instance of happening is where Mr. Grecula gets out of his category to process events with full-sanity. In other words he gets "stupid", and actually handles the situation on a retarded level, due to preceptive disassociation that clouds his thinking process. Its diathesis of action, and more-so since his head-injury-auto-accident, on 4-19-04, where-after he has had reoccurring symptums of Alzheimers-like disease. His mother died in 1981 from advanced Alzheimers.

All that is discussed herein was fertile ground for the fraudulent to make their move, and Mr. Grecula is easily tricked by his "real-time" inaccurate preceivability of the given situation, especially if the deceiver plans and act-ually exercises covert activities against the unsuspecting Grecula, as happened previous to his arrest. It is as if he is "dysphasic for the duration of a new event.

The following events detailed are examples of cases and situations wherein Mr. Grecula was tricked, deceived, lied too, and actually encoureged by undercover agents, to break the law. It was the suggestions by his so-called friend-business partner to do harm to his seperated wife that made him deside to go undercover himself and investagate the now infamous meeting in Houston of 5-20-05. Mr. Grecula's undercover effort, of which he as sovereign man has a right to do, was so effective that the government was all too willing to not to see the humor in the fact that they have been had!

④

AFFIDAVIT:      THE COLLATERAL VICTIMIZATION OF Ronald A. Grecula...      ⑤ OF 16

① One that is injured, destroyed, or sacrificed under any of various conditions...

② One that is subjected to oppression, hardship or mistreatment...

③ One that is tricked or duped by a conman...with,...deception and fraud...

④ Ones... claim that the problems of a person...are the result of victimization".

... ("Websters Collegiate Dictionary 10th edition 1999).

This paper is to show that the Court rendered an adverse decision on 2-9-07, that will work an unfair hardship on one Ronald Allen Grecula. The decision of five years of confinement was imoral, in that it seperated a father even further away from his children. And, it thawarted the continuence of a programme for the developement of a New Hydrogen-Energy-Technology, that would greatly enhance industries need for a true alternative energy system, while improving earths environment.

...Ipso facto, the Court helped exercise the federal governments power to to criminalize conduct that would otherwise have amounted to nullification and have been discharged into nothingness. One Ronald Allen Grecula did not need government to compel him to any course of action. On the other hand, the government needs to remember John F. Kennedy's words from "A Hero For Our Time" page 3+6 saying about judgeships, that they should have "the rare quality to know when to temper justice with mercy, and the intellectual capacity to protect and illuminate the constitution". This attitude to vitiate a defendent by Court officials is unconscionable, and its perniciousness will not only hurt Mr. Grecula's person, but it is a myopic, slap-in-the-face of earths environment that desperatly needs clean hydrogen-energy, of which, Mr. Grecula specifically travled to Houston to raise funds for.

...Over the last 22 years Mr. Grecula has been diligently working, striving, researching and developing hydrogen-energy, and all is for nought because Court officials misconstrue the word "violence", not knowing there has been none, and all that is of record can be explained-away into nomological nothingness. The following pages will show how Mr. Grecula's personality has caused him to become victimized over and over again, for most his life.

⑤

## AFFIDAVIT:

## THE COLLATERAL VICTIMIZATION OF Ronald A. Grecula...

The liability to err, and become a circumstantial "fall-guy", since 1981, and increasing so since his marriage to his second wife, Monique in 1991 is disclosed.

① In 1981....."R.G." lost $49,000.°° due to a crooked broker at E.F. Hutton Co., due to illegal "churning" of R.G's account. The broker and E.F. Hutton were sued under arbitration rules at Manhatten, N.Y., and the recovered funds minus attorneys fees amounted to a net loss of said 49,000. dollers.

② In 1990,... R.G. lost his home and machine shop at 231 Seaver Circle Bridgeport, CT, due to divorce proceedings, state of Connecticut. The real estate value, plus machines, tooling, hardware, and a fleet of 3 cars and 3 trucks equates to a loss of approxamatly 600,000. dollers, (encluding all household items).

③ In 1990,... R.G. was forced to liquidate 3 aircraft: 1979 Cessna 152-N757LA,... a 1977 Cessna 172XP-N1310V, a 1976 Cessna 172-N9873V, equating to a loss of approxamatly 95,000 dollers, in 1991 dollers.

④ In 1991,... R.G. was coerced into mairrage by one Monique Lopez of Champs, France, to save his son from a "women's-rights" abortion.

⑤ In 1993,... R.G. was arrested for assult at his Lithia Florida home. He did not assult his wife, the then Monique Grecula. He was merely restraining her, as she was prone to have temper fits, and was in the act of throwing her self in front of traffic to commit suicide. She was screaming, "I'm going to commit suicide" over and over again. R.G's sister who was there at the time assisted to restrain Monique and calm her down. The County Police arrived and assumed their own created scenario, and arrested R.G. as "fall-guy"!

⑥

AFFIDAVIT:

CONTINUED... THE COLLATERAL VICTIMIZATION OF Ronald A. Grecula...

⑥.. In 1993,.. R.G. is assulted by his wife Monique, with a large bread knife, actually striking at him. R.G. protected himself by picking up a large vaze and simply holding it in front of himself, and talking to Monique calmly to drop the knife. She then said," I'm going to kill the kid", and started to run toward R.G.'s son's Berenger's bed room, where he was sleeping in his crib... R.G. lunges, and blocks the threshold to his son's room, Monique then takes the knife and turnes it around and plunges it into herself... But, she was wearing a belt with a large buckel, and the knife hit squarely on it, as she doubled over thinking she stabed herself... R.G. rushed in and wrestled the knife away, as she was trying to strike herself a second time... It took 2 hours to calm her down. There were no witnesses to this event, and Berenger never woke up.

⑦. In late 1998, while traveling south on U.S. 93 in NH at 65 mph, Monique struck R.G. in the right temple while he was driving. The closed fist blow knocked him temporally blind. R.G.'s sister sitting front seat guided the car safely to the sholder. The reason for the blow to the head was to protest "her" arguments view point. Monique was sitting in the back seat and able to take accurate aim.

⑧. In 1998... Monique desides to break up the marriage, and she abandons R.G. saying, the hell with you, the hell with the house, the car and the kids etc. In early 1999 Monique returnes for a weekend, and pretends to be interested in making-up, but its phoney. Later that day, R.G. unexpected came out of the house, walking toward the nearby pool, and saw Monique holding Berenger's head under water with both her hands around the back of his neck. Seeing R.G. she let go, and Berenger lunges up and out of the pool screaming, "mommy's trying to kill me" etc, etc.

⑦

AFFIDAVIT:                                                          ⑧ OF 16

CONTINUED...    THE COLLATERAL VICTIMIZATION OF   Ronald A. Grecula...


⑨. FLASH BACK...1994 Paris France. After visiting at a friends apartment, and returning to R.G. and Monique's appartment at 23 rue Pierrer Demoure, Monique starts-up one of he fits of anger. As usual she reaches for a knife. This time she grabs 5 stake knives and plunges all of them held in hand, into the side of R.G.. The 5 knives being in a cluster, stike-in only to. the rib cage and bounce off. Before a second strike can occure, R.G. disarms Monique and calms her down. Again it takes about 2 hours to calm her down, and there was no witnesses.


⑩. In 1999... with Monique no where to be found, R.G. move from Lithia Florida to Saylorsburg Pennsyluania. As per their arrangements in 1998, when Monique and R.G. bought the Saylorsburg home together... R.G. had no idea as of then, that Monique was planning to leave him, as happened in late 1998.

...R.G. maintains the new home with GiGi and Berenger, provides all the care, Berenger in school, brings the children to religious training and play etc.


⑪. On 6-30-99 and again on 8-1-99 Monique shows up on Friday noon and stays the weekend, she says; "I want to have supper with you" (complementing R.G's cooking). Then suddenly the next day she demands to be driven to Allentown, P.A. Airport, saying; "I must get back to work". That evening R.G. becomes vary sick, but does not atribute it to the fact that he has been poisoned by Monique the night before. Then again on 8-1-99, the same routine occures, and again R.G. does not have a thought he's been poisoned again. But this time he's sicker then before.

...Then about a month latter he realizes something wrong with the whole scenario. of the 2 visits and calls the State Police, and they promptly make fun of his complaint, but there is a record of it filed with the state of Pennsyluania.

⑧

AFFIDAVIT:

CONTINUED....   THE COLLATERAL VICTIMIZATION OF Ronald A. Grecula

⑫  In 2000, during one of Moniques few visits since R.G. and his children ha[ve] moved to Saylersburg, P.A., she shows up unexpectedly and demands to take GiGi and Berenger. R.G. protests as "this is Sunday and the kids are going to school the next day. R.G. notices that Monique's Boy friend is still in his truck, but leaning out of the window with camera clicking-away, as R.G. and Monique discuss this unexpected situation.

...With R.G's next door nieghbor standing next to the driveway where all the above is happening, and seeing the entire sequence of events, Monique and her boy friend slowly give up and leave... Two and a half months later R.G. recieves an Inditement from the P.A. State Police saying: R.G. is charged with "Terrorism, Threats With A Deadly Weapon and Assult."

...De facto R.G. never even touched Monique that day, nor did he have a weapon present, and the whole charade was witnessed by R,Gs neighbor. So how could R.G. have gotten a police record for assult on that exact day. For the answer see No ⑯, and realize how R.G. was setup again as "fall-guy."

⑬  Also in 2000, R.G. called the P.A. State Police to complain about Monique's and her boy friends constant harassment over the phone. They were able to come out to R.G. Saylorsburg home and listen to some of the vile messages left on the answer phone,... While there, the policeman noticed another phone (a business phone), that had a Radio Shack telephone tape recorder sys-tem pluged-in. It was there for the long business messages left by colleges, and was also used previously by R.G. at his Lithia Florida home. In Florida such a device is legal. In Pennsylvania it is not, and since R.G. had only been in P.A. for about a year, he knew nothing of what turned out to be a felony charge for a wire taping law... by the instalation of a Radio Shack unit that is designed just for such an application, how could this be??, R.G. = "fall-guy" again!

## AFFIDAVIT:

⑩ OF 16

CONTINUED··· THE COLLATERAL VICTIMIZATION OF Ronald A. Grecula

⑭ **Lastly in 2000** R.G, with Gi Gi and Berenger ran-away from the oppression and the mischief by law police, the malfeasance of the courts, and the harassement of the evil "boy friend". R.G. fled in fear, and to fend off what ever horrific-loathing stunt was going to happen next, R.G. and his children ran-away to the peace and security of Europe,...for protection!

R.G. left behind a beautiful home in the Poconos, fully furnished, and sold his cars. His losses there amounted to over 100,000. dollers in realastate. In Florida he lost 55,000. dollers in the sale of his Lithia home, because it was inherented from his father who gave a half intrest to his second wife, who also had died. Therefore a half intrest went to a doughter.

⑮ **In 2002** when R.G. and his two children were happily setteled into a a safe community in Malta, where not only Berenger was attending a fine private school, but gigi at three and a half was attending Kindagarten 1 and speaking fluent Maltize. They were happy there as a family, there was abundant food at low prices, fresh, everyday in open markets, with friendly people everywhere, and no crime to be heard about, nor seen.

Then suddenly Monique and her boy friend showed up. The American Embassy there schemed to defraud R.G. out of his children, with a secret plan agreed upon by Monique and her boy friend. There was a custody hearing, and Monique was given weekend custody, and during that weekend, Monique lied to the Malta Police, and got the passports back, and abducted gigi and Berenger back to the U.S. via Europe. By American standards of law this act of abduction is kidnapping. (There in Malta, the father, R.G., cared for his children every minute of everyday since they were born, had a great loss. He lost his beautiful children, whom he loves dearly, and once more, they love their "Daddy"! Monique was never the primary care giver by habbit.)

⑩

AFFIDAVIT:

CONTINUED.... THE COLLATERAL VICTIMIZATION OF Ronald A. Grecula

(16) In September 2002 Mr. R.G. new that the only way he would ever see his children again would be for him to turn himself over to American authorties and face charges of "Custodial Interference". For this he spent six months in the Pike County Correctional Facility, of Pennsylvania. During this time he was also prosecuted for the former "assult charge" of no physical contact, and served thirty days concurrent as "fall-guy", at the PCCF of P.A.

In addition to the above, R.G. was prosecuted for the so-called wire-tap charge and served two months at Monroe County Correctional Facility of Pennsylvania, being released on May 2003.

Mr. R.G. lost his rights to see his children who were living at the Saylorsburg home, because of a probation restriction on visitation. To make any appeal void, Monique and her boy friend conviently moved to The Wood-Lands, Texas, and made visitation impossible, as probation would not allow R.G. to leave the state of Pennsylvania.

(17) In 2003 through 2005, R.G. worked for a Mayflower Agent in Stockertown P.A. and bided his time untill probation was finished in February 2005. Whereupon he started visitations with his children at The Woodlands, Texas. During the months of February, March, and April, R.G. was visiting at Monique's home, playing with gigi and Berenger, and even having suppers and lunch there. As far as Mr. R.G. was concerned Monique had changed for the better as compaired her conduct back in P.A. and Florida. She had matured significantly, their home was a fine place for the children to live in. He realized he could not at that time, provide that much quality for the children, so he saw the children were secure and happy.

Mr. R.G. was called back to Pennsylvania by his former Mayflower Company, and offered a sizeable promotion, he left Texas the last week of April 2005.

AFFIDAVIT:

CONTINUED... THE COLLATERAL VICTIMIZATION OF Ronald A. Grecula

⑱ During early 2005 Mr. R.G. was negotiating with a Mr. Bartalli Nordling of Switzerland, and he commited himself to a prototype-build of a hydroger energy-system. R.G. was told to expect to go to Switzerland in July of '05, for confirming talks on ways and means, for the developement of an ecologically perfect energy product, known as the "Hydrogen-Chlorine-Light" (HCl), energy system.

⑲ In the meantime, R.G's friend and future business partner, was appointed to raise funds and was not known to be "F.B.I.-undercover." Previously he had set up a meeting between R.G. and Petro Bras, at the N.Y. Brazilian Embassy in 2004. He was trained on the Hydrogen-Chlorine (HCl) technology when he and R.G. were living at the Pike County Correctional Facility. R.G. was unknowingly being conned, and he even sent training information. R.G. commissioned him to go forth and find investors and set up meetings. R.G. was duped by his friend, and became a "fall-guy" again.

⑳ About March 2005, the "CS" said he had some vary well-heeled financers that might be interested in the "HCl" energy system. But they were also interested in explosives... so upon going to any meeting with them, R.G. would have to pull a sales ploy, and do the bait and switch routine. Since "HCl" is the worlds worst bomb making chemicals, Mr. R.G. had no problem talking about impossible bombs. And in addition, the "CS" started talking in a joking way about knocking off Monique," he he", and "you can have your kids he he". This alerted R.G. and it was sometime in early March '05, that R.G. desided to designate himself in an undercover mode, in order to check these Russian types out, and find out why the "CS" was talking anew about knocking off Monique, he he, etc.

... After all was said and done this Houston meeting would be an influence-lean toward the more important Switzerland meeting to follow in July '05, and also R.G's children were nearby at The Woodlands, and he'd visit them, and R.G. thought, what the heck!, the airline ticket was prepaid, so theres nothing to loose!

⑫

AFFIDAVIT:

CONTINUED.... THE COLLATERAL  VICTIMIZATION  OF Ronald A. Grecula

㉑ The previous pages 2,3,4, and 5 described the psychometrics of the thinking-process of Ronald A. Grecula, that are the progenitor of his inability to defend himself with conviction in the presence of judical-obscurantism. Mr. R.G. believes that as he was duped by the government 'C.S.', that he was also misled by his own lawyer, into accepting a quilty plea. The "trahison des clarcs" has lead R.G. to the slaughter by a judical systems petty-credlousness, and clever imposture designed to create a "fall-guy"!

Grecula's inadequacy to represent himself is compounded by two factors:

(1) The governments ability to debit a citizen with blame is over whelming, and imposes imputed quilt. Of which R.G. has great susceptibility, due to his complex of inferority. Actions from stimulus and inflence that are impressioned onto his thinking dynamics, and calls for a responce, often of which,.... come out wrong, and definitly not politically correct.

(2) He knows that he cannot defend himself against legal-fictions. Since all crimes, real or not, generate commercial paper, and any inditement is a product of "Negotiable Instrument Law". No officer of the Court will consider these factors, and since Homeland Security has mandated that there shall be examples for their geo-political requirements, what chance would a 70 year old man with such dementia, and cognitive dissonance, have against the corperate giant called the UNITED STATES?

㉒ Previously on page 4, "dysphasia" was mentioned as a possible cause for the diathetic eccentricities of action associated with R.G.s delayed-perceivability. Dysphasia is known to be synonymous with brain damage, of which, Doctors Ciaccio and Bellah have indicated is of distinct possibility with Mr. R.G.. Somewhat like an autistic chield who can be totally subjective on one hand and super talented on the other hand, R.G. has the ability to see-through government judical schemes, understand advance theories on cosmology, and designe and build environmentally-green engines producing clean energy, but on the other hand he can't defend himself against lifes exposure on a day to day bases, and especially so when "others" conspire to create a crime, wherein R.G. easily becomes a diathetic "fall-guy"!

⑬

# AFFIDAVIT

CONTINUED... THE COLLATERAL VICTIMIZATION OF Ronald A. Grecula

㉓ <u>Victimization of R.G.</u> was expressed by the Court at his sentencing on Feb. 9th 2007. The assumptions of the Court was based upon his record as evaluated by Court appointed experts, who unwittingly have fallen under the bias of a judicial system that functions under the principles of "Negotiable Instrument Law". The affect of Commercial Law, plus statutory Law combined, is really a basterd version of Admiralty Law, or Colorable Law, and can prosecute where there is no party or substance. Therefore the longer the sentence, the grater the value of the inditement-instrument over the time the victim is physically held as chattel.

   ...Subsequently, the judicature process has no insentives to read between the lines of a so called criminal record, and reevaluate the head-lines into a more rationale affect of mercy. R.G. believes much has been held from the Court.

㉔ <u>Case in point:</u> On April 1999 R.G. was assulted by his wife at the Lithia Florida home. R.G. was beaten to the point of calling 911. Where upon Monique was arrested for assult. And, till this day <u>there is a warrent for her arrest</u> at Tampa, as she fled the state the next day afte getting out of Hillsbourgh County jail.

   ...Of course the Court knows nothing of these things, as per two reasons: (1) The Court really has no insentive to investagate the facts that might lessen a sentence, and (2) The defendant has had three lawyers to date and two have shown insufficient performance, belying the defendant of reservation/recourse rights, by their deceptive words and actions. It seems to the defendant that duplicty is built into the justice system." Subsequently Mr. Grecula has filed for Remedy, in accordance with Public Policy HJR-192, and Public Law 73.10, and in accordance with UCC 1-207, and UCC 1-103, and UCC 3-419 obligation". Mr. Grecula accepts all the governments commercial paper, and discharges it as "above", and reserves his right <u>not</u> to be compelled to perform under any UCC contract, as in accordance with sighted U.CC. laws.

CONTINUED...    AFFIDAVIT: COMMONTARY by Ronald Allen Grecula    ⑮ OF 16

...In this day and age of enlightment, why are there so few Eyes Of Descernment in the professions? Why is there no understanding of how a human is ment to live in a freedom and justice? Has American Society become so "Law-bound" with Judical-idiopathic-nonsence, that it is actually destroying the basic fabric of our social order? Are we so pedantic and idosyncratic that we have created a seperation between Truth and State? Is truth no longer the expression of commonality? Have we become as the Bible says: "And they will love the disposition of the lie"!? Is it only the intellectual preceptions of the state that determines what is the truth for its populace?... If this be so, then it must be cried from a descerning-eye,... Fair Well To Justice,... Fair Well To America!

...Let it be known that Ronald Allen Grecula fears for his country that once supported freedom, and actually created a high standard of justice and opportunity for all. He fears these fine statutes are irrevocabily lost into a sea of human ambivalence. His track record over the past 60 years shows he gave more then he took from the system of economy, religion, society and the environment. He raised his children to respect GOD, mandkind and country, and to believe in the basic freedoms as established by our "founding fathers", whos belief in God was the prerequlsite for the necessities of freedom and justice. "They" believed and declared truth as their daily bread.

...Two centuries later such is no longer true. Modern Americans are no longer saying truths anymore, and as a direct result, are not enjoying real freedom either. Fairwell to Freedom goes along with Fairwell to Justice. Goodbye America; I tried to help you be better then you are, but I failed, and I am sorry, but hence forth I shall not mourn you much longer. All I wanted for you was to bring you the gift of alternative energy, that would liberate you from "Oil-Bondage", and free you for entry into a new-world of energy abundance that war could no be waged because of it. Mankind would follow you, and find peace easier then war. Easy-energy is the key to soften the hearts of humanity, and make truth easy to find. Truth can make bad ideas go away, and conflict-solutions stop, and make antebellums threat of war disappear.

⑮

INSERT.......... AFFIDAVIT OF APOLOGY by Ronald A. Grecula    ⑯ OF 16

 This statement of ruefulness is ment to be an honorarinum declaration of remourse concerning certain ambigous circumstances that occured on the 20th of May 2005. It was not my intention, nor plan to bring hostilities to the fore, or to be an annoyande to my government

  I am with great displesure over my conduct from overcompensation, that was not representing my true intentions. At no time did I ever believe that anything said by me could ever be of any real danger to anyone... ever! Unfortunatly my planned agenda as Tech-Rep, was change during "the -meeting", and much to my horror, .... and so I had to speak off the cuff, and over-compensated, handeling the situation without admonishment. For this error in judgement I am deeply sorry, and request forgiveness from those whom I have offended.

  My apologies go out to the President of the UNITED STATES mister George Bush, and to the ATTORNEY GENERAL Mr. Alberto Gonzalez. And also to the FBI for wasting their valuable time due to my own inadequacy. I beg for their understanding and for-giveness, as I am 70 years old and I have inadvertant memory-drop-outs with impor-tant things, and in the 5-20-05 situation it did cause me to respond incorrectly. Because of such problems I have been recieving cognative therapy since 2004.

  My apologies also go out to all my family members, as the publicty was vary detrimental and harmful to them. My concerns also are for my business and eng-ineering colleagues, whom are concerned and disapointed over my blathering. I hope that they can remember my former 22 years of a track record of excellence in the developement of advanced energy technologies of conservation. Humbly, I ask everyone to please try to realize the extraordinary circumstances that I became cought in, as being merely a huge misunderstanding of good intentions.

without Prejudice, ucc 1-207, ucc 1-103

_Ronald Allen Grecula_          February 19th 2007

END OF DOCUMENT OF 16 PAGES.                                    ⑯

United States Courts
Southern District of Texas
FILED

FEB 2 7 2007

Michael N. Milby, Clerk of Court

UNITED STATES DISTRIC COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES OF AMERICA

    Vs

RONALD ALLEN GRECULA®

CASE Cr. No H-05-257

Ronald A. Grecula 61296-053

Federal Detention Center

P O Box 526255

Houston, TX 77052

TO THE CLERK OF THE COURT:

Dear Sir:

    Would you please enter the enclosed sixteen (16) pages, of the affidavit addressed to the Honorabe Keith Ellison, into the public record for case Cr. No H-05-257, of Ronald Allen Grecula. In addition would you be so kind as to make copies of each page (one each), and date-stamp them, and return them to me at F.D.C. in the provided envelope.

Please provide a copy for Judge Ellison's file,...

                        Thank you,

                        Sincerely,

                        Without Prejudice,

February 19th, 2007          UCC1-207, UCC1-103

                        Ronald Allen Grecula

US MAIL CERTIFICATION No. 7005 1820 0002 2667 5614

Ronald A. Grecula 61296-053
Federal Detention Center
P O Box 526255
Houston, TX 77052

7005 1820 0002 2667 5614

















UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
PAID
HOUSTON, TX
77002
FEB 22, 07
AMOUNT
$0.14
0000 79034-05

INSPECTED BY U.S. MARSHALS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 27 2007

MICHAEL N. MILBY, CLERK OF COURT

THE CLERK OF THE COURT
UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
Houston TX 77008

Attention: Michael Milby

7005 1820 0002 2667 5614

LEGAL MAIL